IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY BROOKS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:10-cv-941-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On October 22, 2012, the Magistrate Judge filed a Recommendation. (Doc. # 16.) No objections were filed. After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1. The Recommendation (Doc. # 16) is ADOPTED;

2. Petitioner's 28 U.S.C. § 2255 motion is DENIED.

An appropriate judgment will be entered.

DONE this 19th day of November, 2012.

    /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE